# United States District Court
# For The Western District of North Carolina
# Asheville Division

KEVIN EUGENE,

       Plaintiff,                          JUDGMENT IN A CIVIL CASE

vs.                                              1:12cv274

CHARLES W. McKELLER, et al.,

       Defendants.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 09/05/2012 Memorandum of Decision and Order.

                                                         Signed: September 5, 2012

                                                         Frank G. Johns, Clerk
                                                         United States District Court